**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Dion Vernon Williams v. The State of Texas

Appellate case number:   01-19-00783-CR

Trial court case number: 1577604

Trial court:              County Criminal Court No. 9 of Tarrant County

This case was abated and remanded to the trial court to determine whether to appoint counsel to represent appellant. A supplemental clerk's record has been filed containing an order by the trial court appointing counsel. Accordingly, the appeal is reinstated.

It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman_____
                          Acting individually


Date: ___August 17, 2021____